## Commonwealth ex rel. McDermott et al., Appellants, *v.* Russell.

Submitted November 9, 1964. *Leroy Richard McDermott* and *Edward Jodon*, appellants, in propria persona; *Ferdinand F. Bionaz*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. McGrotty, Appellant, *v.* Maroney.

Submitted November 9, 1964. *Frederick A. McGrotty*, appellant, in propria persona; *William R. Balph, Jr.*, Assistant District Attorney, and *Kenneth E. Fox, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. McKnight, Appellant, *v.* Botula.

Submitted November 9, 1964. *Robert McKnight*, appellant, in propria persona; *Louis Abromson*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.